```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TREVOR GAYLE, et al.,

                      **Plaintiffs,**                  21-CV-01166 (LAK)(SN)

    -against-                                            **ORDER**

UNITED STATES OF AMERICA,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 16, 2021, the Plaintiffs filed the Complaint. As of July 19, 2021, the Defendant has not made an appearance or otherwise answered. Furthermore, there is no proof of service on the docket. The Plaintiffs are directed to file proof of service or, in the alternative, show good cause as to why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) no later than July 23, 2021.

**SO ORDERED.**

                                                                                   _____
                                                                                   SARAH NETBURN
                                                                                    United States Magistrate Judge

Dated: July 19, 2021
       New York, New York